**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6333**

―――――――――

UNITED STATES OF AMERICA,

                              Respondent - Appellee,

        versus

GEORGE CALVIN BEASLEY,

                              Petitioner - Appellant.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-00-379-AW)

―――――――――

Submitted:  August 24, 2000        Decided:  August 29, 2000

―――――――――

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

George Calvin Beasley, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Calvin Beasley appeals from the district court's order denying his coram nobis petition seeking to challenge a 1983 guilty plea for distribution and possession of heroin. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Beasley</u>, No. CA-00-379-AW (D. Md. Feb. 16, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is marked as "filed" on February 15, 2000, the district court's records show that it was entered on the docket sheet on February 16, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).